**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (if known) _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Skinny IT Corp** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2760746 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10570 John W. Elliott Drive Suite 800**  **Frisco, TX 75033**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)　　www.skinnyit.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Skinny IT Corp** _____  Case number (_if known_) _____
     _Name_

7. **Describe debtor's business**  A. _Check one:_
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. _Check all that apply_
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  _Check one:_
   - ■ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. _Check all that apply_:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **Skinny IT Corp**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

11. **Why is the case filed in *this district*?** *Check all that apply:*

    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    - ■ No
    - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
    　　　　　　　　　　　Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.　Insurance agency _____
    　　　　　Contact name _____
    　　　　　Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds** ．*Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
    | ■ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Skinny IT Corp**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2019**
MM / DD / YYYY

**X** **/s/ Sam Darwish**                                **Sam Darwish**
Signature of authorized representative of debtor          Printed name

Title **CEO**

**18. Signature of attorney**

**X** **/s/ Richard G. Grant**                           Date **January 18, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard G. Grant 08302650**
Printed name

**Culhane Meadows, PLLC**
Firm name

**100 Crescent Court, Suite 700**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone **214-210-2929**   Email address _____

**08302650 TX**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor  **Skinny IT Corp**　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**January 18, 2019**
　　　　　　　　MM / DD / YYYY

X _[signature]_　　　　　　　　　　　　　　　　　　**Sam Darwish**
Signature of authorized representative of debtor　　Printed name

Title　**CEO**

**18. Signature of attorney**　X _____　　Date **January 18, 2019**
　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Richard G. Grant 08302650**
Printed name

**Culhane Meadows, PLLC**
Firm name

**100 Crescent Court, Suite 700**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone　**214-210-2929**　　Email address _____

**08302650 TX**
Bar number and State

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 4

**SKINNY IT CORP. RESOLUTION
APPROVING BANKRUPTCY FILING**

Be it hereby known that, at a meeting of board of directors and shareholders of SKINNY IT CORP., a Texas corporation (the "Corporation"), held on Friday, January 18, 2019, the following resolutions were presented and approved by a majority vote in accordance with the by-laws of the Corporation:

NOW, THEREFORE, IT IS HEREBY RESOLVED, on behalf of the Corporation, as follows:

RESOLVED, that in the judgment of the Directors and Shareholders of the Corporation, it is desirable and in the best interest of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 7 of Title 11, United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that the Directors and Officers of the Corporation, including, without limitation, the President, any Vice President, Treasurer, Secretary and other officers or members of the Corporation, are hereby authorized on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern or Eastern District of Texas at such time as said officer executing the same shall determine; and be it further

RESOLVED, that the appropriate officers of the Corporation be, and each of them hereby is, authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that conjunction, to employ and retain all assistance by legal counsel, accountants, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 7 case, with a view to the successful prosecution of the case.

All prior resolutions, or any part thereof, in conflict with any or all of the foregoing resolutions are hereby repealed to the extent of such conflict.

I certify that the adoption of the above resolutions are duly within the authority of the Directors and Shareholders of the Corporation and that no further action is necessary for the efficacy of these resolutions.

I further certify that said resolutions are still in force and effect and have not been amended or revoked, and that the signature appearing below is the signature of the officer authorized to sign for the Corporation.

The above resolutions are true and correct and are part of the recorded minutes of the aforementioned meeting of the Directors and Shareholders of the Corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name as the sole Director and sole Shareholder as set forth below as of today, Friday, January 18, 2019.

_____
SAM DARWISH,
Sole Director and Sole Shareholder
Date Signed: 1/18/19

# United States Bankruptcy Court
## Northern District of Texas

In re: **Skinny IT Corp**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Skinny IT Corp** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sam Darwish
3727 Broadmoor Way
Frisco, TX 75033**

☐ None [*Check if applicable*]

**January 18, 2019**
Date

/s/ Richard G. Grant
**Richard G. Grant 08302650**
Signature of Attorney or Litigant
Counsel for **Skinny IT Corp**
**Culhane Meadows, PLLC
100 Crescent Court, Suite 700
Dallas, TX 75201
214-210-2929**