**Fill in this information to identify the case:**

Debtor name    **Skinny IT Corp**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  4, 2019**    X */s/ Sam Darwish*
_____
Signature of individual signing on behalf of debtor

**Sam Darwish**
_____
Printed name

**CEO**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Skinny IT Corp**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................    $      0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $      706,096.91

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $      706,096.91

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      3,373,641.08

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      62,234.43

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      12,847,275.87

4.   **Total liabilities** ........................................................................................
     Lines 2 + 3a + 3b      $      16,283,151.38

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Skinny IT Corp**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PlainsCapital Bank - Disbursements** | | **3385** | $0.00 |
| 3.2. | **PlainsCapital Bank - Lockbox** | **Checking** | **1402** | $0.00 |
| 3.3. | **PlainsCapital Bank** | **Certificate of Deposit** | **6801** | $0.00 |
| 3.4. | **PlainsCapital Bank - Concentration Account** | **Checking** | **9103** | $0.00 |
| 3.5. | **CapitalOne Checking Account (Account is overdrawn due to prepetition garnishment of Florida Department of Revenue)** | **Checking - Operating** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Customer Payment Checks (undeposited)** | $3,844.91 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,844.91

---

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Landlord Security Deposit**      $14,355.00

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$14,355.00

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    **602,897.00**   -   **0.00**   = ....   **$602,897.00**

           face amount           doubtful or uncollectible accounts

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$602,897.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:         % of ownership | | |
| 15.1. | **Installation and Service Technologies, LLC, a Georgia limited liability company**    **100**   % | | $0.00 |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** **Inventory - See Attached** **Most Current Intentory** **Report** | | $0.00 | | $0.00 |
| **22.**  **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** **Office Furniture** | $50,000.00 | N/A | $50,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| **Office Equipment, Computers** | **$0.00** | **N/A** | **$35,000.00** |
|---|---|---|---|

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$85,000.00** |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2017 Nissan NV200** | **$20,527.00** | | **$0.00** |
|---|---|---|---|---|
| 47.2. | **2014 Nissan NV200 9647 (Saint Cloud, FL)**<br>**2015 Nissan NV200 1822 (Weatherford, TX)**<br>**2015 Nissan NV200 0823 (San Bernardino, CA)**<br>**2015 Nissan NV200 5538 (Norman OK)**<br>**2015 Nissan NV200 2380 (Wagoner, OK)**<br>**2015 Nissan NV200 2380** | **$145,000.00** | | **$0.00** |
| 47.3. | **2018 Nissan 0443 (Gilbert AZ)**<br>**2018 Nissan 9912 (Gardner KS)** | **$46,000.00** | | **$0.00** |
| 47.4. | **2018 Nissan 8507 (Mechanicsburg PA)**<br>**2018 Nissan 6508 (Washington DC)**<br>**2018 Nissan 7653 (Pleasant Hill CA**<br>**2018 Nissan 0894 (Inglewood CA)**<br>**2018 Nissan 9548 (Walnut CA)**<br>**2018 Nissan** | **$115,000.00** | | **$0.00** |
| 47.5. | **2018 Nissan 9548 (Walnut CA)**<br>**2018 Nissan 9485 (Walnut CA)** | **$46,000.00** | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
|---|---|---|---|
| | <sub>Name</sub> | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Raymond Model Reneweed Reach Truck** | **$26,300.00** | **$0.00** |
| **Brocade ICX 7750 and ancillary Equipment/Licenses** | **$0.00** | **$0.00** |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | |
   |---|
   | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **"Skinny IT" Trademak Serial No. 86402957 filed 9/23/14** | | **Unknown** | | **$0.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | |
   |---|
   | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Skinny IT Corp**                          Case number *(If known)* _____
_____
Name

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trade Name** **Business Name (possibly Trademarked)** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **White Owl Softare Licenses** | **$212,246.26** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** | **Unknown** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |
|---|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
| | Name | | |

Description (for example, federal, state, local)
**2017 NOL: $___**
**2018 NOL: $___ (not yet filed)**

Tax year _____          **$0.00**

---

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Causes of Action other than Accounts Receivable**                                    **$0.00**
   Nature of claim
   Amount requested          **$0.00**

---

   **Lawsuit against Video Mining Corporation for $100,000 in unpaid receivable**                    **$0.00**
   Nature of claim
   Amount requested          **$100,000.00**

---

   **Cause of Action against Jacob Horwitz/ZUTEK for infringment of IST intellectual property (trademarks, trade names, etc) and breach of noncompete agreement**          **Unknown**
   Nature of claim
   Amount requested          **$0.00**

---

   **Unreturned Business Equipment/Computers held by employees**
   **See Schedule 74 attached**                                                          **$0.00**
   Nature of claim
   Amount requested          **$20,000.00**

---

   **Cause of Action against prior employee for conversion of website data by Jason Zutterling (only has value if company desires to purchase IT)**          **Unknown**
   Nature of claim
   Amount requested          **$0.00**

---

   **Cause of Action against Rajesh Padole for breach of noncompete**                    **Unknown**
   Nature of claim
   Amount requested          **$1,000,000.00**

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                               **$0.00**
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Skinny IT Corp**
Name

Case number *(If known)*

☐ Yes

| Debtor | **Skinny IT Corp** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,844.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,355.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $602,897.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $85,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $706,096.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $706,096.91 |

**Fill in this information to identify the case:**

Debtor name      **Skinny IT Corp**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**  **Brocade Communications Systems, Inc.**
Creditor's Name

**PO Box 41602**
**Philadelphia, PA**
**19101-1602**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7003**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Brocade ICX 7750 and ancillary Equipment/Licenses**

Describe the lien
**Purchase Money Security UCC 17-0032814329 filed 9-25-17**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$36,141.34** | **$0.00** |

**2.2**  **De Lage Landen Finacial Services, Inc.**
Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1013**

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**UCC 16-0028422257 filed 8/30/16**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | |
|---|---|
| **$134,104.37** | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Skinny IT Corp**    Case number (if know)
          _____            _____
          Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Malin** | **Describe debtor's property that is subject to a lien** | $26,300.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Raymond Model Reneweed Reach Truck**

**15870 Midway Rd
Addison, TX 75001**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**797A**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Nissan Motor Acceptance Corporation** | **Describe debtor's property that is subject to a lien** | $20,527.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All Nissan Vehicles (repossesed)
Claim amount/deficiency unknown**

**8900 Freeport Parkway
Irving, TX 75063-2438**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/7/17**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **PlainsCapital Bank** | **Describe debtor's property that is subject to a lien** | $2,166,263.99 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All personal Property**

**POB 93600
Lubbock, TX 79493-3600**

Creditor's mailing address

**Describe the lien**
**UCC 17-0042285180 filed 12-18-17**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Skinny IT Corp**                                                Case number *(if know)*
_____
Name

|  | |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0102** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.6 | **PlainsCapital Bank** | | Describe debtor's property that is subject to a lien | $990,304.38 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**POB 93600**
**Lubbock, TX 79493-3600**
_____
Creditor's mailing address

**Describe the lien**
**UCC 17-0042285180 filed 12-18-17**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2101**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Raymond Leasing Corporation** | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**POB 130**
**Greene, NY 13778**
_____
Creditor's mailing address

**Equipment Master Lease Schedule 33845**

**Describe the lien**
**UCC 17-0038264021 filed 11/13/17**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,373,641.08** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| LSQ Funding Group, LC<br>POB 404322<br>Atlanta, GA 30384-4322 | Line ___ | **Fornida, LLC** |
| Plainscapital Bank<br>One Cowboys Way, Suite 250<br>Frisco, TX 75034 | Line __2.6__ | |
| Scheef & Stone<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201 | Line __2.5__ | |
| Scheef & Stone<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201 | Line __2.6__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Skinny IT Corp**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS** | **$286.81** | **$0.00** |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**State Of Arkansas**<br>**1515 W 7th Street**<br>**Little Rock, AR 72201** | **$42.34** | **$0.00** |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    48079                    Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,767.36 | $0.00 |
|---|---|---|---|---|
| | **State of California**<br>**450 N ST**<br>**Sacramento, CA 95814** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,847.41 | $0.00 |
|---|---|---|---|---|
| | **State of Florida**<br>**4425 W Airport Fwy # 575**<br>**Irving, TX 75062** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $0.00 |
|---|---|---|---|---|
| | **State of Iowa**<br>**1305 E Walnut St**<br>**Fourth Floor 0107**<br>**Des Moines, IA 50319** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,688.84 | $0.00 |
|---|---|---|---|---|
| | **State of Kentucky**<br>**501 High St**<br>**Frankfort, KY 40601** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Vendor Claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 | $0.00 |
|---|---|---|---|---|

**State of Nebraska**
**1313 Farnam St #10**
**Omaha, Nebraska 68102-0000**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Vendor Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.48 | $0.00 |
|---|---|---|---|---|

**State of North Dakota**
**600 East Boulevard Avenue**
**dept127**
**Bismark, ND 58505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Vendor Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.50 | $0.00 |
|---|---|---|---|---|

**State Of NY**
**Harriman Campus Rd**
**Albany, NY 12226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Vendor Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.17 | $0.00 |
|---|---|---|---|---|

**State of Ohio**
**4485 Northland Ridge Blvd**
**Columbus, OH 43224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Vendor Claim**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Skinny IT Corp** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,333.44**

**2584479 ONTARIO INC.**
**236 McDougal Crossing**
**Milton, ON L9T 0P3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.31**

**ABC Pest Control**
**997 Grandy's Lane**
**Lewisville, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336.37**

**Accu-Tech**
**11350 Old Roswell RD Ste 100**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.98**

**ADAM STANFORD**
**6714 S FAUL STREET**
**TAMPA, FL 33616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,271.37**

**ADI, Inc.**
**25429 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.37**

**ADP INC**
**1851 N Resler Drive MS-100**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,559.27**

**Ahern Rentals**
**PO Box 271390**
**Las Vegas, NV 89127-1390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade Vendor Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.03**

**ALEX SARDUY**
**13978 SW 260TH ST  APT #104**
**MIAMI, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174.30**

**All Valley Electric**
**PO Box 1313**
**Sunnyside, WA 98944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,298.91**

**Amazon**
**PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,193.13**

**AMAZON BUSINESS**
**PO Box 035184**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405,015.40**

**American Express**
**PO BOX 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513,763.53**

**American Express Corporate Card**
**PO BOX 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**
**New York Judgment for amount claimed**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,394.70**

**ANAGO**
**1401 N CENTRAL EXPRESSWAY**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Andres Martinez**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Anixter**
**PO Box 847428**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$624.45**

---

**3.17** | Nonpriority creditor's name and mailing address
**Arrow Electronics, Inc.**
**PO Box 951597**
**Dallas, TX 75395-1597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim per Final Judgment dated 1/17/19**

Is the claim subject to offset? ■ No ☐ Yes

**$3,699,600.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**ARTURO RODRIGUEZ**
**13215 16TH ST**
**CHINO, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$368.44**

---

**3.19** | Nonpriority creditor's name and mailing address
**ASSURED ELECTRIC LLC**
**7138 Marley Lane S**
**Salerm, OR 97306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

**3.20** | Nonpriority creditor's name and mailing address
**AT&T**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$166.79**

---

**3.21** | Nonpriority creditor's name and mailing address
**Avalara**
**1100 2nd Ave., Suite 300**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.00**

---

| Debtor | **Skinny IT Corp** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**AVT Technology Solutions LLC**
**29160 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$841,808.44**

---

**3.23** | Nonpriority creditor's name and mailing address

**B&H Photo - Video**
**420 Ninth Avenue**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,314.35**

---

**3.24** | Nonpriority creditor's name and mailing address

**Basinger Leggett Clemons Bowling Shore C**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$3,051.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Bestbuy**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$160.60**

---

**3.26** | Nonpriority creditor's name and mailing address

**BigRentz.com**
**1063 McGaw Avenue, Ste 200**
**Irvine, CA 92614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$8,261.29**

---

**3.27** | Nonpriority creditor's name and mailing address

**BN Cables**
**11399 Frederick Avenue**
**Suite A**
**Beltsville, MD 20705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$311.97**

---

**3.28** | Nonpriority creditor's name and mailing address

**Brad Gallien**
**3602 Brook Spring Dr.**
**Grove City, OH 43123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$574.20**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$923.80** |
|---|---|---|---|

**BRIAN RACER**
**1038 FALCON CREST DR**
**LAWRENCEVILLE, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$703.08** |
|---|---|---|---|

**Brian Watts**
**10007 Whiteoak Park**
**Louisville, KY 40219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**BRIAN WELLINGTON**
**2004 E SADDLEBROOK RD**
**GILBERT, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,160.54** |
|---|---|---|---|

**Bryan Cave Leighton Paisner LLP**
**One Metropolitan Square**
**211 North Broadway, Ste 3600**
**St. Louis, MO 63102-2750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawfirm Claim for representation in Horwitz case**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$795.00** |
|---|---|---|---|

**Bryce David Strawn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,965.81** |
|---|---|---|---|

**Budget Rent a Car System, Inc.**
**14297 Collections  Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**C.L. DEWS & SONS FOUNDRY &**
**MACHINERY CO.**
**1600 EDWARDS ST. - P.O. BOX 1647**
**HATTIESBURG, MS 39403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.81 |
|---|---|---|---|
| | CablesAndKits | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|
| | CAPITAL CFO PARTNERS LLC | ☐ Contingent | |
| | 13155 Noel Road, Suite 900 | ☐ Unliquidated | |
| | Dallas, TX 75240 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.96 |
|---|---|---|---|
| | CARLOS FERNANDEZ | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CARTISIEN INTERACTIVE | ☐ Contingent | |
| | 9440 Weathersfield Dr | ☐ Unliquidated | |
| | Bristow, VA 20136 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,662.56 |
|---|---|---|---|
| | Chad Atchley | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,229.65 |
|---|---|---|---|
| | Chase Ink Credit Card | ☐ Contingent | |
| | PO BOX 6294 | ☐ Unliquidated | |
| | CARDMEMBER SERVICE | ☐ Disputed | |
| | CAROL STREAM, IL 60197-6294 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,335.27 |
|---|---|---|---|
| | CHRIS CICCHETTI | ☐ Contingent | |
| | 19 HAWTHORNE WOODS | ☐ Unliquidated | |
| | DEPTFORD, NJ 08096 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.30 |
|---|---|---|---|

**CHRIS FISHER**
**408 BOXHALL RD**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.35 |
|---|---|---|---|

**CHRIS STORER**
**8900 PONDEROSA AVE**
**BAKERSFIELD, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.06 |
|---|---|---|---|

**Christopher J Musso**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.27 |
|---|---|---|---|

**Christopher Kingan**
**1620 Woodmont Ave**
**New Kensington, PA 15068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $794.00 |
|---|---|---|---|

**CHROME HEATING & AIR CONDITIONING**
**LLC**
**6136 Frisco Square Boulevard**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,121.43 |
|---|---|---|---|

**Cineplex Digital Media**
**700 Commerce Drive, Suite 500**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,178.60 |
|---|---|---|---|

**CitiBusiness Card - Travel/Fleet Card**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

**City of Mercer Island**
9611 SE 36th Street
Mercer Island, WA 98040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$960.49**

**CLINTON ELECTRONICS**
6701 Clinton Road
Loves Park, IL 61111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,505.42**

**CNA Surety**
PO Box 957312
St. Louis, MO 63195-7312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**COBALT**
3110 S Verity Pkwy
Middleton, OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,157.82**

**Coleman Watkins**
5675 Angel Oaks Dr.
Winston Salem, NC 27105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$769.79**

**Commercial Electronics**
3421 Hollenberg Dr
Bridgeton, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,060.84**

**Comparex USA**
319 West Martin Street
STE 200
Raleigh, NC 27601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,833.08 |
|---|---|---|---|

**CONCUR TECHNOLOGIES INC**
**601 108th Ave NE Suite 1000**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,800.00 |
|---|---|---|---|

**Conference USA**
**5201 N O'Connor Blvd**
**Ste 300**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,842.88 |
|---|---|---|---|

**Contractors Access**
**101 Alamo Plaza**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,742.54 |
|---|---|---|---|

**CORNEILUS VAIKUNTAM**
**24 FALLSTONE DR**
**STREAMWOOD, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.63 |
|---|---|---|---|

**Coserv**
**7701 S Stemmons Fwy**
**Corinth, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,304.68 |
|---|---|---|---|

**Costco Anywhere Visa  Business Card**
**PO Box 790046**
**ST. LOUIS, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,262.29 |
|---|---|---|---|

**Creative Business Solutions**
**31 Skyline Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,050.43** |
|---|---|---|---|
| | **CRESTRON SOUTHWEST** | ☐ Contingent | |
| | **1200 Lakeside Parkway Suite 250** | ■ Unliquidated | |
| | **Flower Mound, TX 75028** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Trade Vendor Claim__ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,376.32** |
|---|---|---|---|
| | **Curvature** | ☐ Contingent | |
| | **6500 Hollister Ave.** | ☐ Unliquidated | |
| | **Ste 210** | ☐ Disputed | |
| | **Santa Barbara, CA 93117** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.06** |
|---|---|---|---|
| | **DAMON BROOKS** | ☐ Contingent | |
| | **7923 WESTINGTON LN** | ☐ Unliquidated | |
| | **HOUSTON, TX 77040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$533.68** |
|---|---|---|---|
| | **DAMON HOPKINS** | ☐ Contingent | |
| | **119 TANGLEWOOD DR** | ☐ Unliquidated | |
| | **FATE, TX 75189** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.47** |
|---|---|---|---|
| | **Damon J. Burruss** | ☐ Contingent | |
| | **1800 W Albany Dr. Apt 535** | ☐ Unliquidated | |
| | **Broken Arrow, OK 74012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.63** |
|---|---|---|---|
| | **Danail Dikov** | ☐ Contingent | |
| | **8225 101St Ct.** | ☐ Unliquidated | |
| | **Seminole, FL 33777** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.59** |
|---|---|---|---|
| | **DANIEL EHRENSING** | ☐ Contingent | |
| | **42034 MEADOW WOOD DR** | ☐ Unliquidated | |
| | **PONCHATOULA, LA 70454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Vendor Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.00** |
|---|---|---|---|

**David Harris**
**1150 Marshall Ave.**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**DAVID MAHURIN**
**2107 SE Austin Rd.**
**Oak Grove, MO 64075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$224.46** |
|---|---|---|---|

**David Rayburn**
**420 Esperanza Drive**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,919.83** |
|---|---|---|---|

**DAVID REMINGTON**
**6 HIGH STREET CT**
**ROCKPORT, MA 01966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,083.50** |
|---|---|---|---|

**Dean Realty Company**
**1201 W. 31st Street, Suite 2**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,300.00** |
|---|---|---|---|

**DIGITAL SIGNAGE EXPO**
**50 Glenlake Parkway, Suite 430**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348.44** |
|---|---|---|---|

**DIRECTV Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,692.30** |
| --- | --- | --- | --- |

**DOCU SIGN**
**221 Main St , Suite 1000**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$773.14** |
| --- | --- | --- | --- |

**Donald Anderson**
**6827 313Th Ave NE**
**North Branch, MN 55056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$456.32** |
| --- | --- | --- | --- |

**DOUGLAS HALL**
**18115 40TH AVE E**
**Tacoma, WA 98446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$592.28** |
| --- | --- | --- | --- |

**eBay Inc**
**2145 Hamilton Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,883.54** |
| --- | --- | --- | --- |

**EFSWW, LLC**
**2615 George Busbee Parkway, Ste. 11**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,247.75** |
| --- | --- | --- | --- |

**Ekahau, Inc.**
**1925 Isaac Newton Square, Ste 200**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$292,941.69** |
| --- | --- | --- | --- |

**Electronic Product Servies LLC**
**7176 Lakeview Parkway, West Drive**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,310.00 |
|---|---|---|---|

**Engineered Network Systems**
**14451 Ewing Avenue**
**Burnsville, MN 55306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,276.00 |
|---|---|---|---|

**Enhanced Network Systems**
**14 Inverness Drive East**
**Suite F-100**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,571.47 |
|---|---|---|---|

**Ergomart.com**
**5200 East Grand Avenue Ste 500**
**Dallas, TX 75223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,334.89 |
|---|---|---|---|

**Euler Hermes**
**North America**
**800 Red Brook Boulevard, Ste 400C**
**Owings Mill, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.00 |
|---|---|---|---|

**Extra Space Storage**
**1150 Coolidge Hwy**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.00 |
|---|---|---|---|

**fastenMSC.com**
**2447 W. Belmont Ave.**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322.25 |
|---|---|---|---|

**FastTrak**
**Violation Processing Department**
**PO Box 26925**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,199.29**

**Fedex**
**P.O. Box 660481**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,402.34**

**Field Nation LLC**
**901 Marquette Ave S Ste 2300**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.10**

**Fire Shield**
**11341 Cockleburr Road #207**
**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539,803.60**

**Firecracker LLC**
**10570 John W Elliott Dr. #800**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$771,772.00**

**Fornida, LLC.**
**2609 Technology Drive**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,788.75**

**Fort Austin Consulting Group**
**437 Prairie Run**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,348.20**

**FounderTherapy**
**24 Apollo Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,289.00**

**G.O.A.T. Installation Services**
**17923 Arrow Blvd**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,857.52**

**GL Seaman & Company**
**4201 International Parkway**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,599.37**

**Grainger**
**PO Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$556.00**

**Grand Teton Storage**
**2595 E 17th Street**
**Ammon, ID 83406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,155.45**

**Grande Communications Network, OMNIA**
**DEPT 1204**
**PO BOX 121204**
**Dallas, TX 75312-1204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.34**

**Graybar**
**12753 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.34**

**GREAT VALUE STORAGE**
**9600 Marion Ridge**
**Kansas City, MO 64137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.92** |
|---|---|---|---|

**Greg Brown**
**6836 Amersham Dr.**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.59** |
|---|---|---|---|

**Harrison Stone**
**8144 Grand Avenue**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,698.81** |
|---|---|---|---|

**HCK2 Partners**
**3875 Ponte Ave.**
**Ste 420**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,890.00** |
|---|---|---|---|

**Hein Lighting & Electric, Inc.**
**5030 Blum Road**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.45** |
|---|---|---|---|

**HEROKU**
**321 11th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,148.77** |
|---|---|---|---|

**HireRight**
**PO Box 847891**
**Dallas, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$807.48** |
|---|---|---|---|

**Hiscox**
**104 South Michigan Avenue**
**Suite 600**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,685.20**

**Hitachi Capital America Corp.**
**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.85**

**Hitechcontrols**
**7374 S Eagle Street**
**Centennial, CO 80112-4221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,362.19**

**Home Depot Credit Services**
**Dept.  32-2025564133**
**PO Box 183175**
**Columbus, OH 43218-3175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**HUB INTERNATIONAL INSURANCE**
**300 N. LaSalle St. 17th Floor**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**IDIS America Co. Ltd**
**801 Hammond Suite 200**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.99**

**image360**
**3637 Main Street**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Imagine! Express Minneapolis**
**2633 Minnehaha Ave**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.73 |
|---|---|---|---|

**Infassure**
720 F Avenue, Suite 108
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,125.48 |
|---|---|---|---|

**IPFS Corporation**
24722 Network Pl.
0
Chicago, IL 60673-1247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.95 |
|---|---|---|---|

**Iris Garcia**
15565 SW 138TH Terrace
MIAMI, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.40 |
|---|---|---|---|

**ISTORAGE-STANLEY ALEY**
2010 South Seneca St
Wichita, KS 67213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,356.42 |
|---|---|---|---|

**JACK FORE**
1005 GAMBRELL
GREENWOOD, MO 64034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,749.37 |
|---|---|---|---|

**JACK WHEELER**
242 BRYANT AVE
SYRACUSE, NY 13204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,118,632.90 |
|---|---|---|---|

**Jacob Horwitz**
4115 E. Hillcrest Dr
Westlake Village, CA 91362

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamkor, Inc.**
**4115 E. Hillcrest Dr**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Installation and Service Technologies, LLC, a Georgia limited liability company - % Ownership: 100**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,830.28 |
|---|---|---|---|

**JASON ZUTTERLING**
**3945 CREEKWOOD DR**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.84 |
|---|---|---|---|

**JAY ZIMMERMAN**
**445 HICKORY LN**
**SAN RAFAEL, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,334.86 |
|---|---|---|---|

**JEREMY POEHLMAN**
**26703 HOLLYWOOD**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.71 |
|---|---|---|---|

**JEREMY ROBERSON**
**17301 RUDOLF LN**
**NORMAN, OK 73026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.35 |
|---|---|---|---|

**JEROME DAVIS**
**303 MARLIN DR**
**RICHMOND, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $882.46 |
|---|---|---|---|

**Jerry Decker**
**4628 SE 61st Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** | **Nonpriority creditor's name and mailing address**

**JET COURIERS CORPORATION-DALLAS**
**1705 Wallace Drive, Suite 106 Carrollton**
**Carrollton, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,722.00**

---

**3.135** | **Nonpriority creditor's name and mailing address**

**JOHN PARRILLA**
**624 E EDGEWOOD AVE**
**Indianapolis, IN 46227**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$233.45**

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Johnston Burkholder Associates**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$119.70**

---

**3.137** | **Nonpriority creditor's name and mailing address**

**JONATHAN TORO**
**93 LAS BRIAS WAY**
**KISSIMMEE, FL 34743**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$318.99**

---

**3.138** | **Nonpriority creditor's name and mailing address**

**Jorge Alvarez-Lugo**
**637 Plumtree Rd.**
**Springfield, MA 01118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,111.26**

---

**3.139** | **Nonpriority creditor's name and mailing address**

**Joseph Ocasio**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$765.00**

---

**3.140** | **Nonpriority creditor's name and mailing address**

**JOURNEY ELECTRIC**
**3029 E. Killarney St.**
**GILBERT, AZ 85298**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$394.20**

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,933.97**

**JWR ELECTRIC INC - Tandem Electric**
**5836 S. 228th St.**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.86**

**KARL HUBER**
**649 CHESTER CREEK RD**
**BROOKHAVEN, PA 19015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,104.52**

**KCP&L**
**PO. Box 219330**
**Kansas City, MO 64121-9330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861.92**

**KEITH MAJORS**
**909 S CHEROKEE AVE**
**0**
**BARTLESVILLE, OK 74003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,091.90**

**KRAM Holdings, LLC.**
**934 Central Street**
**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.76**

**KRIS RICE**
**3211 N 108TH LN**
**AVONDALE, AZ 85392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$999.92**

**KYLE MUELLER**
**12513 W 121ST ST**
**0**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**
**La Quinta**
**909 Hidden Ridge**
**Suite 600**
**Irving, TX 75038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$110.40**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Lava Logistics**
**617 Oak Lane**
**Grapevine, TX 76051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$510.70**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**LEAH HALL-PRESTON**
**314 PACK HORSE DR**
**BASTROP, TX 78602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$542.30**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Levy & Son**
**11024 Indian Trail**
**0**
**Dallas, TX 75229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$308.50**

---

**3.152**

**Nonpriority creditor's name and mailing address**
**LG Electronics U.S.A., Inc.**
**PO Box 730241**
**Dallas, TX 75373-0241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,159.47**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**LIFESTORAGE**
**6467 Main St.**
**Buffalo, NY 14221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$11,662.88**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Lincoln Financial Group**
**PO Box 0821**
**Carol Stream, IL 60132-0821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$3,897.26**

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,049.32** |
|---|---|---|---|

**LOCKE LORD LLP.**
**2200 ROSS AVENUE**
**SUITE 2200**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499.00** |
|---|---|---|---|

**Lorman Education Services**
**PO Box 509**
**Eau Claire, WI 54702-0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$821.92** |
|---|---|---|---|

**Louis (Scot) Preston**
**314 Pack Horse Dr.**
**BASTROP, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483.60** |
|---|---|---|---|

**Lowe's**
**1000 Lowe's Blvd.**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,480.50** |
|---|---|---|---|

**LV System**
**2696 Kingston Ridge Drive**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,187.00** |
|---|---|---|---|

**Marc Beck dba Amazing Computing by Marc**
**7522 Campbell Rd**
**#113-170**
**Dallas, TX 75248-1726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.65** |
|---|---|---|---|

**Matt McCurley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|---|

**MC Systems**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.37 |
|---|---|---|---|

**Micah Campos**
**2525 45th Avenue**
**Sacramento, CA 95822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.82 |
|---|---|---|---|

**MICHAEL KNOWLES**
**10114 LINDA CR**
**FORNEY, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.00 |
|---|---|---|---|

**Micro-Comp Technical Solutions**
**6519 Pleasant Stream Drive**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,459.00 |
|---|---|---|---|

**Microsoft Corporation**
**1950 N Stemmons Fwy Ste 5010**
**LB #842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,770.00 |
|---|---|---|---|

**Mid Con Management**
**114 W 11th Street**
**Suite G100**
**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.15 |
|---|---|---|---|

**Mid-America Point of Sale**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Midwest Shredding**
**501 North Atlantic**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.20** |
|---|---|---|---|

**Miguel Alvarado Villa**
**3201 Bartdon Ave. #2**
**0**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.07** |
|---|---|---|---|

**MIKE COCKS**
**410 W 130TH TER**
**Kansas City, MO 64145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,444.03** |
|---|---|---|---|

**Milestone AV Technologies**
**2301 4TH AVE EAST**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.22** |
|---|---|---|---|

**Mini Storage Depot**
**9984 South Old State Road**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.94** |
|---|---|---|---|

**MINI-CIRCUITS MISSOURI INC.**
**P.O. BOX 7128**
**BRANSON, MO 06515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.59** |
|---|---|---|---|

**MINNESOTA DEPT OF REVENUE**
**600 North Robert Street**
**St. Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $546.79 |
|---|---|---|---|

**MITEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,013.71 |
|---|---|---|---|

**MITEL POWERING CONNECTIONS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Monique D. Graves**
**8910 E 52nd Street**
**Kansas City, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $331.20 |
|---|---|---|---|

**MONKEY JUNCTION SELF STORAGE**
**5044 Carolina Beach Rd**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Monster Worldwide, Inc.**
**PO Box 90364**
**Chicago, IL 60696-0364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,167.37 |
|---|---|---|---|

**MONTGOMERY COSCIA GREILICH LLP**
**2500 Dallas Parkway, Suite 300**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,554.74 |
|---|---|---|---|

**MSFT Online**

**Fort Worth, TX 76113-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**MTECH Services, LLC**
**1065 NW 5th Street**
**Moore, OK 73160**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,255.00** |
|---|---|---|---|

**My Tech Needs**
**22 El Caney Road**
**Worcester, MA 01603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.49** |
|---|---|---|---|

**N.J. Malin & Associates, LLC.**
**PO BOX 843860**
**Dallas, TX 75284-3860**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$896.25** |
|---|---|---|---|

**Nathan Ochoa**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$644.76** |
|---|---|---|---|

**Navitas Credit Copr.**
**111 Executive Center Dr, Suite 102**
**Columbia, SC 29210**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$516.52** |
|---|---|---|---|

**Neopost USA**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,884.96** |
|---|---|---|---|

**New Directions Behavioral Health**
**PO Box 87-0195**
**Kansas City, MO 64187-0195**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,155.00 |
|---|---|---|---|

**New England IT Advisors, LLC**
**80 Kim Terrace**
**Stoughton, MA 02072**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,137.56 |
|---|---|---|---|

**Nissan Motor Acceptance**
**PO Box 742658**
**Cincinnati, OH 45274-2658**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,383.42 |
|---|---|---|---|

**NISSAN MOTOR ACCEPTANCE CORP**
**NISSAN MOTOR ACCEPTANCE CORP**
**Cincinnati, OH 00074-2658**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $947.50 |
|---|---|---|---|

**OH Bureau of Workers' Compensation**
**PO Box 89492**
**Cleveland, OH 44101-6492**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.00 |
|---|---|---|---|

**Onderkast Studio**
**500 Exposition Avenue #105**
**Dallas, TX 75226**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.46 |
|---|---|---|---|

**OWEN LOUIS**
**431 CHERYL CT**
**SAINT JOHNS, FL 32259**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 |
|---|---|---|---|

**Page Storage**
**2149 Ruckert Avenue**
**St. Louis, MO 63114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,343.22** |
|---|---|---|---|

**Panatrack, Inc.**
**1320 Walnut Ridge Drive**
**Suite 250**
**Hartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.85** |
|---|---|---|---|

**Paul (Tray) Johnson**
**19824 Essex Ave.**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,335.69** |
|---|---|---|---|

**Paul Churchill**
**4239 Tall Elm Woods**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.97** |
|---|---|---|---|

**Paul Green**
**11246 Fawnhaven Dr**
**0**
**Saint Louis, MO 63126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.74** |
|---|---|---|---|

**Paul Pryce**
**35 Thornton Place, Apt A**
**0**
**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.28** |
|---|---|---|---|

**Paul Stanley**
**6421 Mesa Ridge Drive**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,412.20** |
|---|---|---|---|

**Pegasus Logistics**
**PO Box 679018**
**0**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.43 |
|---|---|---|---|

**PETE HAWKINS**
**321 MCKINLEY LN**
**GARDNER, KS 66030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.99 |
|---|---|---|---|

**PETER STIGLMEIER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,841.95 |
|---|---|---|---|

**PI Manufacturing, INC.**
**20732 Currier Rd**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.37 |
|---|---|---|---|

**Polycase.com**
**1305 Chester Industrial Parkway**
**Avon, OH 44011-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,198.53 |
|---|---|---|---|

**Pomeroy IT Solutions/Getronics**
**PO Box 631049**
**Cincinnati, OH 45263-1049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.70 |
|---|---|---|---|

**Positive Electric Inc.**
**1879 Fescue Street SE**
**Albany, OR 97322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.45 |
|---|---|---|---|

**Pratt Industries**
**1800-C Sarasota Pkwy.**
**Conyers, GA 30013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211**

Nonpriority creditor's name and mailing address
**Premier Mounts**
**File 2262**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-2262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$8,547.14**

---

**3.212**

Nonpriority creditor's name and mailing address
**Procom**
**951 Busse Road**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,265.00**

---

**3.213**

Nonpriority creditor's name and mailing address
**PUBLIC STORAGE**
**Public Storage PO Box 25050**
**Glendale, CA 91221-5050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$486.50**

---

**3.214**

Nonpriority creditor's name and mailing address
**Purple WiFi Ltd**
**Meadowbank House**
**Tweedale Way**
**Oldham, Lancashire OL9 8EH**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$11,219.10**

---

**3.215**

Nonpriority creditor's name and mailing address
**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$304.49**

---

**3.216**

Nonpriority creditor's name and mailing address
**R.H. Fewster Painting Co., Inc.**
**P O Box 4867**
**Baltimore, MD 21211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$360.00**

---

**3.217**

Nonpriority creditor's name and mailing address
**Rajesh Padole**
**2427 Allen Street, Apt 422**
**Dallas, TX 75204**

Date(s) debt was incurred __July 31, 2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Guaranty Agreement of Stock Buyout Obligations__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$446.83** |
|---|---|---|---|

**RAMON MIMS**
**7371 BETA LANE**
**PENSACOLA, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.39** |
|---|---|---|---|

**RAMON RODRIGUEZ**
**5913 SW 147TH PL**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Rayburn Consulting**
**4823 Linda Lane**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,203.43** |
|---|---|---|---|

**Raymond Chatary**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,518.55** |
|---|---|---|---|

**RAYMOND LEASING CORPORATION**
**22 SOUTH CANAL STREET**
**GREENE, NY 13778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.26** |
|---|---|---|---|

**RAYMOND ONG**
**5415 CONNECTICUT AVE  APT T-10**
**WASHINGTON, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$573.19** |
|---|---|---|---|

**Richard Reyes**
**15403 Paladora Drive**
**HOUSTON, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,936.65 |
|---|---|---|---|

**RICK CHAPIN**
**2210 OLDE FARM DR**
**JENISON, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,564.41 |
|---|---|---|---|

**RICK RYCKMAN**
**973 TOM OSBORNE RD**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,143.45 |
|---|---|---|---|

**Ricoh USA Program**
**PO Box 650016**
**Dallas, TX 75265-0016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.16 |
|---|---|---|---|

**Roasterie**
**1204 W 27th St,**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,655.99 |
|---|---|---|---|

**ROBERT FIORE**
**279A CLEVELAND AVE**
**LONG BRANCH, NJ 07740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,143.21 |
|---|---|---|---|

**Rocco Musumeche**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $262.49 |
|---|---|---|---|

**ROGER HAWKINS**
**8421 SPENCER CANYON**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$782.48** |
|---|---|---|---|

**RONNIE QUICK**
**4632 HWY 251A**
**FORT GIBSON, OK 74434**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,120.00** |
|---|---|---|---|

**Safehouse PC, LLC**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**Sam M. Darwish**
**3727 Broadmoor Way**
**Frisco, TX 75033**

Date(s) debt was incurred  **April 3, 2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans from Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$880.48** |
|---|---|---|---|

**SAM MEZA**
**109 CRANES ROOST WAY**
**ROYAL PALM BEACH, FL 33411**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,511.50** |
|---|---|---|---|

**SAMSUNG SDS AMERICA INC**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,557.24** |
|---|---|---|---|

**Scansource**
**6 Logue Ct Greenville**
**Greenville, SC 29615**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.64** |
|---|---|---|---|

**SCOTT GUION**
**8825 SUMMERHILL DR**
**WAXHAW, NC 28173**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
| | Name | | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,410.12** |
|---|---|---|---|
| | **SEAN DOUGLAS** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62,869.19** |
|---|---|---|---|
| | **Show me cables** | ☐ Contingent | |
| | **115 Chesterfield Industrial Blvd** | ☐ Unliquidated | |
| | **Chesterfield, MO 63005** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,846.88** |
|---|---|---|---|
| | **SolarWinds MSP Canada ULC.** | ☐ Contingent | |
| | **PO Box 732706** | ☐ Unliquidated | |
| | **Dallas, TX 75373-2706** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$655.00** |
|---|---|---|---|
| | **Sorrentino Networking** | ☐ Contingent | |
| | **1 Lusi Dr.** | ☐ Unliquidated | |
| | **Johnston, RI 02911** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,196.73** |
|---|---|---|---|
| | **Sprint312602189** | ☐ Contingent | |
| | **PO Box 4181** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4192** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,075.18** |
|---|---|---|---|
| | **State Farm** | ☐ Contingent | |
| | **5444 FM 423 Ste 400** | ☐ Unliquidated | |
| | **Frisco, TX 75034** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$389.25** |
|---|---|---|---|
| | **Steward Kline** | ☐ Contingent | |
| | **252 Thorn Ridge Circle** | ☐ Unliquidated | |
| | **El Paso, TX 79932** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade Vendor Claim_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,743.14** |
|---|---|---|---|

**Steward Promo & Packaging**
10775 Sanden Dr.
0
Dallas, TX 75238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$396.41** |
|---|---|---|---|

**STORAGE COURT PARKLAND**
2211 112th St S
Tacoma, WA 98444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.04** |
|---|---|---|---|

**STORAGE OKLAHOMA**
2201 N. Moore Ave
Moore, OK 73160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,547.96** |
|---|---|---|---|

**Strut & Supply**
28005 W Commercial Avenue
Lake Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,461.26** |
|---|---|---|---|

**Sunbelt Rentals**
PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Suntrust Bank**

Dallas, TX

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __2014 Bentley Cont GT V8 S Vin ....5794__
__Vehicle surrendered to lender approximately October 5, 2018__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,694.00** |
|---|---|---|---|

**Susash Consulting Services, LLC**
1600 US Hwy 130, Suite 200
0
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Vendor Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.15 |

**Synametrics**
**9 Schalks Crossing Road**
**Suite 726**
**Plainsboro, NJ 08536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,566.75 |

**Synnex**
**5845 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.00 |

**TeamViewer GmbH**
**Jahnstr. 30**
**G ppingen, Stuttgart 73037-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.01 |

**Texas Comptroller of Public Accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,185.77 |

**The Astor Company**
**230 West Monroe**
**Ste 1460**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**The Functionary**
**10570 John W Elliott Dr. #800**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,635.27 |

**The Hartford**
**PO Box 783690**
**Philadelphia, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.31 |
|---|---|---|---|

**The Home Depot**
PO Box 790328
St. Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.10 |
|---|---|---|---|

**The Logo Shack**
5713 Industry Lane
Suite 49
Frederick, MD 21704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,780.67 |
|---|---|---|---|

**THE TRADE GROUP**
1434 Patton Place Ste 190
Carrollton, TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.00 |
|---|---|---|---|

**THEBOOKPC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,052.71 |
|---|---|---|---|

**Thomson Reuters**
**Payment Center**
PO Box 6292
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,247.03 |
|---|---|---|---|

**Tice Electric**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.69 |
|---|---|---|---|

**TIM SCHENDT**
4915 W 71ST TERR
PRAIRIE VILLAGE, KS 66208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$651.79** |
|---|---|---|---|

**TOBY MOORE**
**4896 CIMARRON TRAIL**
**0**
**WEATHERFORD, TX 76087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,143.16** |
|---|---|---|---|

**Travelers Insurance**
**CL Remittance Center**
**PO Box 660317**
**333 Texas Street, Suite 1050**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$816.21** |
|---|---|---|---|

**TRAVIS HVACR SERVICES**
**1919 Old Denton Road, Suite 100**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,649.70** |
|---|---|---|---|

**Tre Austin Cardwell**
**5 Hawthrone Court**
**Easton, PA 18045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|---|---|---|---|

**TRIPLE EAGLE ELECTRIC**
**410 Lilard Rd. Ste 301**
**Arlington, TX 75012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$726.78** |
|---|---|---|---|

**TYLER PARLET**
**120 HAMILTON AV**
**HEBRON, OH 43025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424.88** |
|---|---|---|---|

**U-Line Ship Supplies**
**Attn:Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Vendor Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Skinny IT Corp** | Case number *(if known)* | |
| | Name | | |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,137.27** |
|---|---|---|---|

**Uline ship supplies**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,564.60** |
|---|---|---|---|

**United Concordia Insurance Co.**
**PO Box 827377**
**Philadelphia, PA 19182-7377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00** |
|---|---|---|---|

**United Electronic Recycling LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,937.40** |
|---|---|---|---|

**United Healthcare Insurance Company**
**UHS Premium Billing**
**PO Box 94017**
**Palatine, IL 60094-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,152.14** |
|---|---|---|---|

**United Rentals**
**PO Box 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,385.53** |
|---|---|---|---|

**UPS**
**PO Box 730900**
**Dallas, TX 75373-0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$916.01** |
|---|---|---|---|

**UPS 5V5Y84**
**Acct #5V5Y84**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Vendor Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,591.20 |
|---|---|---|---|

**ups 677288**
**LockBox 577**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.00 |
|---|---|---|---|

**UPS Capital Insurance Agency**
**Cargo Premium Trust**
**PO Box 934852**
**Atlanta, GA 31193-4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,760.89 |
|---|---|---|---|

**UPS Freight LTL 40426466**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.67 |
|---|---|---|---|

**UPS International Package**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Valley Technology Professionals, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528,831.15 |
|---|---|---|---|

**Verifone Systems**
**88 West Plumeria Drive**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.07 |
|---|---|---|---|

**VeriShip**
**10000 College Blvd.**
**Ste 235**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.66 |
|---|---|---|---|

**Verizon Wireless**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.33 |
|---|---|---|---|

**Vision Service Plan**
**PO Box 742788**
**Los Angeles, CA 90074-2788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,986.21 |
|---|---|---|---|

**W Systems LLC**
**2450 Blvd Place**
**Indianapolis, IN 46208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,574.01 |
|---|---|---|---|

**WACHTER INC**
**16001 W. 99th Street**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.17 |
|---|---|---|---|

**WES GRAY**
**90 SPRING RD**
**0**
**HARTWELL, GA 30643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,099.89 |
|---|---|---|---|

**White Owl**
**3150 S. W. 38th Ave - 12th floor**
**Suite 1800**
**MIAMI, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,914.80 |
|---|---|---|---|

**Wick Phillips Gould & Martin, LLP**
**3131 McKinney Avenue, Suite 100**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$602.33** |
| | **William Bryant** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
| | **WILLIAM DECLUETTE** | ☐ Contingent | |
| | **1213 S WHEELING WAY** | ☐ Unliquidated | |
| | **AURORA, CO 80012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$934.77** |
| | **WILLIAM DIXON** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,419.49** |
| | **Windsor At Frisco Commerce Center, LLC** | ☐ Contingent | |
| | **c/o Stream Realty Partners - DFW, LP.** | ☐ Unliquidated | |
| | **2805 N. Dallas Pkwy, Suite 260** | ☐ Disputed | |
| | **Plano, TX 75093** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$337.67** |
| | **Winston Ng** | ☐ Contingent | |
| | **1760 Lakes Pkwy** | ☐ Unliquidated | |
| | **Apt# 3105** | ☐ Disputed | |
| | **Atlanta, GA 30043** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248,902.26** |
| | **Work Market** | ☐ Contingent | |
| | **Attn: ID 19024** | ☐ Unliquidated | |
| | **Reference: Lockbox #7875** | ☐ Disputed | |
| | **Philadelphia, PA 19170-7875** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,986.68** |
| | **WPG Americas** | ☐ Contingent | |
| | **5285 Hellyer Avenue** | ☐ Unliquidated | |
| | **Suite 150** | ☐ Disputed | |
| | **San Jose, CA 95138** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _Trade Vendor Claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Skinny IT Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Wunderspun**
**17130 Madison St.**
**Omaha, Nebraska 68135-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$584.58** |
|---|---|---|---|

**YALIER MARTINEZ**
**3220 98TH ST E**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Vendor Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jackson Walker LLP**<br>**2323 Ross Avenue, Suite 600**<br>**Attn: Dave Player**<br>**Dallas, TX 75201** | Line **3.217**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Park Place RB, Ltd.**<br>**5300 Lemmon Ave**<br>**Dallas, TX 75209** | Line **3.251**<br><br>☐ Not listed. Explain ___ | **9579** |
| 4.3 | **Sealy & Company, LLC**<br>**Attn: Scott P. Sealy, Jr.**<br>**8401 North Central Expressway, Suite 150**<br>**Dallas, TX 75225** | Line _<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Winston & Strawn LLP**<br>**2501 N. Harwood St., 17th Floor**<br>**Attn: Taj J. Clayton**<br>**Dallas, TX 75201** | Line **3.234**<br><br>☐ Not listed. Explain ___ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 62,234.43 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,847,275.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,909,510.30 |

**Fill in this information to identify the case:**

Debtor name   **Skinny IT Corp**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Health Group Policy 29549000 issued 10-1-17 expires 9-30-18 (Installation and Service Tech) PPO BSP Blue Dental** | |
| State the term remaining | | **BCBS of Kansas City One Pershing Square 2301 Main Street POB 419169 Kansas City, MO 64141-6169** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Professional Policy No. UDC-2147579-EO-18 issued 1/16/18 expires 1/16/19** | |
| State the term remaining | | **HIscocx, Inc. 520 Madison Ave., 32nd Floor New York, NY 10022** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement 4283601 (not signed) UCC 18-0014285231 filed 4/24/18 (states that lease is true lease)** | |
| State the term remaining | | **Hitachi Capital America Corp. 7808 Creekridge Circle, Suite 250 Minneapolis, MN 55439** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Skinny IT Corp**                                                                Case number *(if known)*
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Triple Net Commercial Lease with nondebtor Installation and Service Technologies, Inc. 304 W. 10th St., Kansas City , MO dated January 14, 2016 - 10 year term/10 year renewal unless notice of termination 22753 square feet** | |
|---|---|---|---|
| | | **Modified by First Amendment to Lease [terms]** | |
| | | **Modified by Second Amendment to Triple Net Commercial Lease dated 12-22-17** | |
| | State the term remaining | **8 years** | **KRAM Holdings, LLC** |
| | List the contract number of any government contract | | **4115 E. Hillcrest Dr. Westlake Village, CA 91362** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Disability Policy 000940239257 issued 1/1/18 Short Term Disability Policy 000940239258 issued 1/1/18 AD&D Policy 000940239256 issued 1/1/18** | |
|---|---|---|---|
| | State the term remaining | | **Lincoln National Life Ins. Co.** |
| | List the contract number of any government contract | | **8801 Indian Hills Drive Omaha, NE 68114-4066** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agrreement dated 1/1/2014 8 year, 5 month lease Unsigned Property: 10570 John W. Elliott Drive, Suite 800, Frisco, TX 75034 Rent: $13,230/month** | |
|---|---|---|---|
| | State the term remaining | **4 years (approx)** | **Secal Frisco, LLC Attn: Mark P. Sealy** |
| | List the contract number of any government contract | | **c/o Sealy & Company, LLC 333 Texas Street, Suite 1050 Shreveport, LA 71101** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Skinny IT Corp**                                                     Case number *(if known)* _____
         First Name        Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Package Policy No. H-630-6K862609-CDF-18 issued 4/18/18 expires [ ]** | |
| State the term remaining | | **The Charter Oak Fire Ins. Co. c/o Hub International Texas 700 N. Pearl St, Suite N1700 Dallas, TX 75201** |
| List the contract number of any government contract | | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Business Support Services Agreement. Provision to Debtor of customer service, order entry, billing and receivable service, accounting, distribution and other administrateive and business support services.** | |
| State the term remaining | **3 years from June 1, 2017** | **The Functionary MX Sociedad ... 10570 John W. Elliott Drive, Suite 800 Frisco, TX 75033** |
| List the contract number of any government contract | | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Auto Policy No. BA-6K850291-18-TEC issued 4/19/18 expires 3/27/19 Endorsement 7-24-18 Endorsement 5-14-18** | |
| State the term remaining | | **The Travelers Indemnity Co. c/o Hub International Texas 700 N. Pearl St, Suite N1700 Dallas, TX 75201** |
| List the contract number of any government contract | | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **D&O Policy 106899389 issued 3/27/18 expires 3/27/19** | |
| State the term remaining | | **Travelers Casualty and Surety Co. One Tower Square Hartford, CT 06183** |
| List the contract number of any government contract | | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy CUP 6K863840-18-I3 issued 4/19/18 Period: 3/27/18 through 3/27/19** | |
| State the term remaining | | **Travelers Indemnity Company of Conn. c/o Hub International Texas 700 N. Pearl St, Suite N1700 Dallas, TX 75201** |
| List the contract number of any | | |

Debtor 1   **Skinny IT Corp**
    First Name            Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tech E&O Policy ZPL-31M94987-18-I3 issued 3/27/18 Teminates [  ]** |  |
|---|---|---|---|
|  | State the term remaining |  | **Travelers Property Cas. Co. of Am. c/o Hub International Texas 700 N. Pearl St, Suite N1700 Dallas, TX 75201** |
|  | List the contract number of any government contract |  |  |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Policy UB-6K834506-18-I3-G issued 3/27/18 expires 3/27/19** |  |
|---|---|---|---|
|  | State the term remaining |  | **Travelers Property Casualty Co. of Am. c/o Hub International Texas 700 N. Pearl St, Suite N1700 Dallas, TX 75201** |
|  | List the contract number of any government contract |  |  |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Vision INs. Policy 30080797 issued 1/1/18 expires 12/31/20** |  |
|---|---|---|---|
|  | State the term remaining |  | **Vision Service Plan Ins. Co. 3333 Quality Drive Rancho Cordova, CA 95670** |
|  | List the contract number of any government contract |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Skinny IT Corp**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Aullah Darwish** | **per Judgment** | **Arrow Electronics, Inc.** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.2 **Firecracker, LLC** | **per Final Judgment** | **Arrow Electronics, Inc.** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.3 **Sam Darwish** | **3727 Broadmor Way** <br> **Frisco, TX 75033** <br> **per Judgment** | **Arrow Electronics, Inc.** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.4 **Sam Darwish** | **3727 Broadmor Way** <br> **Frisco, TX 75033** | **Rajesh Padole** | ☐ D _____ <br> ■ E/F __3.217__ <br> ☐ G _____ |
| 2.5 **Sam Darwish** | **3727 Broadmor Way** <br> **Frisco, TX 75033** | **American Express** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |

| Debtor | **Skinny IT Corp** | | Case number *(if known)* | |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Sam Darwish | 3727 Broadmor Way<br>Frisco, TX 75033 | De Lage Landen<br>Finacial Services,<br>Inc. | ■ D  __2.2__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.7 | Sam Darwish | 3727 Broadmor Way<br>Frisco, TX 75033 | Chase Ink Credit<br>Card | ☐ D  ____<br>■ E/F  __3.41__<br>☐ G  ____ |
| 2.8 | Sam Darwish | 3727 Broadmor Way<br>Frisco, TX 75033 | Costco Anywhere<br>Visa  Business Card | ☐ D  ____<br>■ E/F  __3.62__<br>☐ G  ____ |
| 2.9 | Sam Darwish | 3727 Broadmor Way<br>Frisco, TX 75033 | CitiBusiness Card -<br>Travel/Fleet Card | ☐ D  ____<br>■ E/F  __3.49__<br>☐ G  ____ |
| 2.10 | Sam Darwish | 3727 Broadmor Way<br>Frisco, TX 75033 | Secal Frisco, LLC | ☐ D  ____<br>☐ E/F  ____<br>☐ G  ____ |

Schedule 7.4

Property held by Employees and Third Parties

| ASSET TAG | ITEM DESCRIPTION | SERIAL NUMBER | OWNER/LOCATION |
|---|---|---|---|
| 000002 | iPad Pro | DLXSK1VBGMW3 | Corey Rickman |
| 000094 | Dell Latitude E5570 Laptop | BHO5WF2 | Paul Stanley |
| 000095 | Dell Inspiron 15 Laptop | G94GRF2 | Amy Johnson (Kansas City) |
| 000113 | Dell XPS 15 Laptop | 6C5B2G2 | Anwar Bardai |
| 000114 | Dell Docking Station | GRKK9G2 | Anwar Bardai |
| 000115 | Asus 24" Monitor | G6LMQS029484 | Anwar Bardai |
| 000131 | Lenovo ThinkPad X1 Yoga | R90NCT8T | Alfred Garcia (HOME) |
| 000143 | ViewSonic 24" Monitor | UE6164442083 | Alfred Garcia (HOME) |
| 000144 | ViewSonic 24" Monitor | UE6164442100 | Alfred Garcia (HOME) |
| 000146 | Lenovo ThinkPad X1 Yoga | R90NMAXV | Rocco Musumeche |
| 000150 | Dell Latitude E5570 Laptop | 8BTNTF2 | Ray Chatary |
| 000151 | Lenovo ThinkPad X1 Yoga | R90PQ5LL | Lou Pagnotto |
| 000153 | Dell Latitude E5570 Laptop | 5FPPTF2 | Katie Custer (Kansas City) |
| | IDIS Dome Camera DC-D3212RX | 14875117100001 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100012 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14714417060019 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100018 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100008 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100009 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100010 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100015 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875171000007 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14779317070014 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14579317020005 | Jacob Horwitz |
| | IDIS Dome Camera DC-D3212RX | 14875117100011 | Jacob Horwitz |
| | IDIS DH-2010P DirectIP™ 10 | | Jacob Horwitz |
| | IDIS DR-2316P | | Jacob Horwitz |
| | Sonicwall NSA 3600 | | Jacob Horwitz |
| | Ekahu Device | | Jason Zutterling |